PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Richard Lee Hodges**

**Docket No. 0:01CR00079-001(RHK)**

**Petition on Supervised Release**

COMES NOW **JOHN P. RAYMAN**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Richard Lee Hodges** who was sentenced for Bank Fraud and Filing False Tax Returns on July 5, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices, or other dangerous weapons.
- Mental health.
- Access to financial records.
- No new lines of credit without approval.
- Cooperate with the Internal Revenue Service.
- Restitution of $1,617,430.70 at $200 per month, minimum.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #8: The defendant shall pay restitution in the amount of $1,617,430.70 to Wells Fargo Bank. Payment of $50,000 is due immediately with the balance of $1,567,430.70 due over the course of incarceration and supervised release. Payments of a minimum of $200 per month are to be made over the period of 5 years supervised release commencing 30 days after release from incarceration.

Due to significant changes in his ability to pay, the defendant is not able to consistently make monthly payments of $200.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall pay restitution in the amount of $1,567,430.70 at a minimum rate of $100 per month. The defendant is expected to increase the monthly payment amount as his ability to pay warrants and is to follow the instructions of the probation officer with respect to monthly payments.

SCANNED
JAN 04 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 3d day of Jan, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
Senior U.S. Probation Officer

Executed on December 28, 2006
Place Minneapolis